UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ALFRED COLLINS, JR.                          CIVIL ACTION

VERSUS                                       NO: 10-157

ELAYN HUNT CORRECTIONAL, ET AL.              SECTION: R(3)


## ORDER

The Court, finding that as of this date neither party has
filed any objections to the Magistrate Judge's Report and
Recommendations, hereby approves the Report and adopts it as its
opinion.

Accordingly, IT IS ORDERED that this matter is to be
TRANSFERRED to the United States District Court, Middle District
of Louisiana.


New Orleans, Louisiana, this 24th day of February, 2010.


_____
            SARAH S. VANCE
       UNITED STATES DISTRICT JUDGE